1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**JS6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re

TREE LANE, LLC,

                Debtor.

District Court Case Nos.
2:24-cv-06687-RGK    [10]
2:24-cv-06693-RGK    [8]

[PROPOSED] ORDER DISMISSING BANKRUPTCY APPEALS

Hon. R. Gary Klausner

Bankruptcy Case No. 2:24-bk-13201-BB

Chapter 11

**IT IS ORDERED** this 8th day of October, 2024, that District Court Case Nos.
2:24-cv-06687-RGK and 2:24-cv-06693-RGK are dismissed with prejudice, and
that each party is to bear its own fees and costs.

Dated: 10/8/2024

_____
Hon. R. Gary Klausner
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

AMERICAS 127693872

ORDER DISMISSING APPEALS